304 U.S. 560
 58 S.Ct. 942
 82 L.Ed. 1527
 HIGHWAY ENGINEERING & CONSTRUCTION COMPANY, Inc., petitioner,
v.
HILLSBOROUGH COUNTY.*
 No. 858.
 Supreme Court of the United States
 April 25, 1938
 
 Mr. George C. Bedell, of Jacksonville, Fla., for petitioner.
 
 
 1
 For opinion below, see 94 F.2d 419.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 304 U.S. 589, 58 S.Ct. 1037, 82 L.Ed. ——.